# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA

Case: 3:02cr254 T

FILED
ASHEVILLE, N. C.
JUL 14 2006
U.S. DISTRICT COURT
W. DIST. OF N. C.

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff )<br>vs. )<br>)<br>RENE COLLINS OMER )<br>)<br>Defendant ) | **MOTION AND ORDER<br>FOR RETURN OF BOND** |

Cash bond in the amount of $2500 was placed with the Clerk of Court as bond/security in the above-captioned case on July 25, 2003. It appears that this matter has been concluded, although no motion has been made for return of this bond.

The petitioner hereby requests that the bond be returned to the owner, CALVIN COLLINS, at 178 Grayson Road, Rock Hill, SC 29732.

This the 3rd day of July, 2006.

**FRANK G. JOHNS**
FRANK G. JOHNS, CLERK OF COURT

**ORDER**

In consideration of the foregoing motion, it is THEREFORE ORDERED that the Clerk of Court disburse funds to the above-named individual(s) as a refund of the bond posted in the above-captioned case.

This the 12th day of July, 2006

UNITED STATES DISTRICT JUDGE

cc: Financial Administrator